UNITED STATES DISTRICT COURT

SUFFOLK,SS                                                                                              Docket No. 1:16 CR 10216-PBS-1

MOTION FOR RE-SENTENCING

UNITED STATES OF AMERICA, *
Plaintiff                                   *
                v.                          *                                                  MOTION
GLENN PAUL PEARSON,         *
Defendant                              *

COMES NOW DEFENDANT, and hereby respectfully asks this honorable court to alter and/or change his four year imprisonment sentence imposed on November 14, 2017. As reason[s] stated herefore, the defendant states that he is sixty-four (64) years old, and entering his twentieth month of incarceration. During his nineteen months of incarceration has has kept an immaculate record of behavior and has even graduated from the American Bible Academy with a certificate of achievement in Christian Religious Studies. Further, the defendant has accepted full responsibility for his actions, has repented of his sins and wishes only to re-enter society so he can pay back any and all restitution owed and be a beacon of light to the community. In addition, his live alone sixty-three year old wife is semi-handicapped and the defendant's presence is sorely needed at home. Given the fact that the defendant who started his incarceration in Massachusetts where he lives and is now in Pennsylvania over five hundred miles from his home it would seem more than a bit Draconian to continue any further punishment of incarceration.                                                                                                                    PRAYER FOR RELIEF,
Whereas, the defendant respectfully asks that his sentence be commuted to twenty months which would make him eligible for immediate release.
Glenn Paul Pearson,

*Glenn P. Pearson*
Defendant pro se
997 22 038
Federal Prison Camp
PO Box 200
Waymart, PA 18472

FILED IN CLERKS OFFICE
2019 OCT -3 PM 12: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.