UNITED STATES DISTRICT COURT

SUFFOLK, SS                          Docket # 1:16 CR 10216-PBS-1

UNITED STATES OF AMERICA,

Plaintiff

                    v.                         MOTION and PETITION

Glenn Paul Pearson,

Defendant

        MOTION AND PETITION FOR COMPASSIONATE
        RELEASE AND PLACEMENT IN HOME CONFINEMENT


COMES NOW DEFENDANT, and hereby respectfully
requests this honorable Court to bring about his release
from incarceration immediately and place him in home
confinement. Defendant asks for such relief based
on the following case law and/or reasons that are listed
here in this Motion and Petition.

        Defendants request is made pursuant to 18 U.S.C.
4305(g) and/or 3582(c)(1)(A) as well as all other
relative and applicable case law and the Corona Virus
Relief and Economic Security Act (The Cares Act of 2020),
as well as The Law of Fundemental Fairness that is
the basis of all law within our great Nation.

        Simply put, there can be no "Fundementally
Fair" reason, or any other reason within the bounds
of human decency that would keep an elderly,

1

United States District Court
non-violent offender away from his family
and in the line-of-fire so to speak during
a World-Wide pandemic.

   The two elements of compassionate release
are "extraordinary or compelling circumstances that
warrant relief and proposed release plans.
Certainly the petitioner here meets both of these
thresholds. To begin with, he is a 64 year old
male, loving husband and father to four daughters,
and four grand-children. His wife of 38 years is
now semi-handicapped and suffers from chronic-diabetes.
The petitioner himself is currently on four different
medications, including heart medications Recently, while
incarcerated, the petitioner underwent major bladder
Surgery. Thus, all of the aforementioned mentioned
reasons are more than substantial enough to order
his immediate release. The Second element is also
met as upon his immediate release, the petitioner
would return home to his wife of 38 years and
live in the same residence they have occupied for
36 years. The petioner plans to provide the main
support for his family through gainful employment
(petitioner has two jobs waiting for him), and via
his monthly Social Security check. In addition,
the petitioner would better serve this court and

2

United States District Court

the public in general by beginning to pay back any and all restitutions that are owed.

Further, to keep a soon-to-be 65 year old male incarcerated any longer (petitioner has served 55 months), during a world-wide pandemic, the likes of which has never been seen before would be cruel and unusual punishment prohibited by our United States Constitution.

PRAYER FOR RELIEF,

For all of the aforementioned reasons, the defendant / petitioner seeks his immediate release to home confinement and the family he loves.

Glenn Paul Pearson
Glenn P. Pearson J.D.
Defendant Pro Se
SCP Canaan 99733 038
P. O. Box 300
Waymart, PA 18472

3

United States District Court

Certificate of Justification

   I, Glenn Paul Pearson, Defendant/Petioner do hereby swear that this Motion And Petition was written by hand due to the fact that no typewriter was made available to him. Also, all other remedies were exhausted at this time as due to the So-Called Corona-Virus, the Mail or any other means to petition the Warden does not exist.

              Respectfully Submitted,
              Glenn Paul Pearson
              Glen P. Pearse
              Defendant Pro se