## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | No. 16-cr-10216-PBS |
| ) | |
| **GLENN PEARSON** ) | |
| ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Defendant, Glenn Pearson, respectfully requests permission to file a two exhibits under seal for the Court's review in the Compassionate Release Hearing scheduled for May 15, 2020. The documents in question are excerpts from Mr. Pearson's medical records provided by the Bureau of Prison. Defendant's proposed Exhibit 1 is a list of Mr. Pearson's health issues and proposed Exhibit 2 is a list of Mr. Pearson's medications, dated November 2019.

Respectfully submitted,

GLENN PEARSON
By His Attorney,

 */s/ Jessica P. Thrall*
 Jessica P. Thrall #670412
 FEDERAL PUBLIC DEFENDER OFFICE
 51 Sleeper Street, 5th
 Floor Boston, MA 02210
 617-223-8061

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 14, 2020.

                                          */s/ Jessica P. Thrall*

                                           Jessica P. Thrall